IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Case No.: 1:18-cr-00076-LJO BAM |
| Plaintiff, | : |
| | : **ORDER MODIFYING CONDITIONS OF RELEASE** |
| vs. | : |
| | : |
| JOSEPH VASQUEZ, JR., | : |
| | : |
| Defendant. | : |
| | : |
| _____ | : |

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED, that that the defendant's conditions of release shall be modified as follows:

(m) You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Erica P. Grosjean, courtroom 10, on Wednesday, May 16, 2018, at 11:00AM.

IT IS FURTHER ORDERED THAT the defendant shall continue to abide by all other conditions previously ordered which were not modified by this order.

IT IS SO ORDERED.

Dated: __**May 7, 2018**__

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE