| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MELANIE L. ALSWORTH |
| 3 | LAUREL J. MONTOYA<br>Assistant United States Attorney |
| 4 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 5 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH VASQUEZ, JR.,<br><br>　　　　　　　　Defendant. | CASE NO. 1:18-CR-00076 LJO<br><br>STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE; AND ORDER<br><br>DATE: JULY 15, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the briefing schedule and hearing date currently set in this case be modified as follows:

　　Oppositions shall be filed by July 12, 2019;

　　Defendants' Reply shall be filed by August 2, 2019;

　　Hearing to be held on August 12, 2019.

The requested continuance regarding the briefing schedule is with the intention of conserving time and resources for both parties and the court. The government has been delayed in reviewing the motions filed by defense counsel because of trial preparation in *United States v. Bert Harris,* 1:18-CR-00003 DAD, which was scheduled to begin on June 18, 2019. Immediately prior to beginning the jury selection process, the defendant entered a guilty plea. Government counsel, however, spent a significant amount of time preparing for trial and was unable to devote time to reviewing, researching and

preparing responses to defendants' motions.

Time was previously excluded under the Speedy Trial Act. The parties agree that the delay resulting from the continuance shall be excluded until August 12, 2019, pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO STIPULATED.

Dated: June 19, 2019           McGREGOR W. SCOTT
                               United States Attorney

                               /s/ MELANIE L. ALSWORTH
                               MELANIE L. ALSWORTH
                               Assistant United States Attorney


Dated: June 19, 2019           /s/ KIRK MCALLISTER
                               KIRK MCALLISTER
                               Counsel for Defendant
                               Joseph Vasquez, Jr.

## FINDINGS AND ORDER

IT IS SO FOUND
IT IS SO ORDERED.

Dated:  **June 19, 2019**           **/s/ Lawrence J. O'Neill**
                                     UNITED STATES CHIEF DISTRICT JUDGE