VERNA WEFALD, State Bar No. 127104
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
Tel:   (626) 577-2658
Fax:   (626) 685-2562
E-mail: verna@vernawefald.com

Attorneys for Defendant-Appellant
   JOSEPH VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH VASQUEZ,<br><br>　　　　Defendant. | No. 1:18-CR-00076-NONE<br><br>ORDER GRANTING REQUEST TO SEAL EXHIIBTS 8 AND 9 ISO MOTION FOR COMPASSIONATE RELEASE OR HOME CONFINEMENT |

UPON APPLICATION OF defendant-appellant and good cause appearing, the request to seal Exhibits 8 and 9 in support of the motion for compassionate release or home confinement until further order of the court is hereby granted.

IT IS SO ORDERED.

Dated:   **November 18, 2020**　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE