McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
LAUREL J. MONTOYA
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA   93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00076-NONE |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| JOSEPH VASQUEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on November 17, 2020. Docket No. 308. The Court has not set a briefing schedule.

2. Counsel for the government will need adequate time to obtain relevant records and draft the government's response to the defendant's motion.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before December 11, 2020;

   b) The defendant's reply to the government's response to be filed on or before December 18, 2020.

STIPULATION RE BRIEFING SCHEDULE           1

IT IS SO STIPULATED.

Dated: November 19, 2020         McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ MELANIE L. ALSWORTH
                                 MELANIE L. ALSWORTH
                                 Assistant United States Attorney

Dated: November 19, 2020         /s/ VERNA WEFALD
                                 VERNA WEFALD
                                 Counsel for Defendant
                                 JOSEPH VASQUEZ

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 308, is due on or before December 11, 2020;

b) The defendant's reply to the government's response, if any, is due on December 18, 2020.

IT IS SO ORDERED.

Dated: **November 24, 2020**        Dale A. Drozd
                                    UNITED STATES DISTRICT JUDGE