UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH VASQUEZ JR.,<br><br>Defendant. | Case No. 1:18-CR-00076-JLT-BAM<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PENDING 28 U.S.C. § 2255 MOTION and GRANTING REQUEST TO EXCEED PAGE LIMIT<br><br>(Docs. 384, 385) |

On October 28, 2022, Defendant Joseph Vasquez, Jr. filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 in relation to the above-captioned case. (Doc. 384.) The Court has preliminarily reviewed Vasquez's motion and concludes that it would be aided by a response from the government. Accordingly, the government shall have until **January 13, 2023** to file any opposition, and Defendant Vasquez shall have until **February 3, 2023** to file a reply.

Vasquez also filed a motion for leave to exceed the 25-page limit for motions due to his lack of access to a typewriter. (Doc. 385.) Both Vasquez's § 2255 motion and motion for leave to exceed the page limit are indeed handwritten. His § 2255 motion does exceed the normal page limits but is not unreasonably lengthy. Good cause appearing, the Court will **GRANT** Vasquez's request to exceed the usual page limits as to handwritten filings related to his § 2255 motion, so

long as the length of his filings remains reasonable.

IT IS SO ORDERED.

Dated: __**November 7, 2022**__                         _____
                                                                          UNITED STATES DISTRICT JUDGE