PHILLIP A. TALBERT
UNITED STATES ATTORNEY
JUSTIN GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAPPS, ALECIA, ET AL.,<br>                    Defendant. | CASE NO. 1:18-CR-00076-JLT-BAM<br><br>DESIGNATION OF COUNSEL |

    Plaintiff, UNITED STATES OF AMERICA, hereby designates the following attorney as counsel: LAUREL MONTOYA as lead for service in this action and JUSTIN GILIO terminated.

    JUSTIN GILIO
    Assistant United States Attorney
    U.S. Attorney's Office
    2500 Tulare Street, Suite 4401
    Fresno, CA 93721
    Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
    E-mail:

Dated: November 10, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ JUSTIN GILIO
    JUSTIN GILIO
    Assistant United States Attorney