# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH VASQUEZ JR.,<br><br>    Defendant. | Case No. 1:18-CR-00076-JLT-BAM<br><br>ORDER RE DEFENDANT'S REQUEST FOR ASSISTANCE OBTAINING DISCOVERY DOCUMENTS FROM TRIAL COUNSEL<br><br>(Doc. 388) |

       On July 15, 2022, the Court received a request from Defendant asking for the Court's assistance with obtaining "all" discovery documents related to his underlying criminal trial from trial defense counsel Kirk McAllister. (Doc. 388.) In that request, Defendant explained that he was, at that time, researching a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 and that, among other things, he was preparing a claim alleging that trial counsel was ineffective by failing to challenge a wiretap conducted in this case. (*Id*. at 9.) Defendant attached to his request a letter he sent to Mr. McAllister only a few weeks earlier (June 27, 2022), requesting certain discovery documents. (*Id*. at 21–22.) Defendant did not indicate whether he had made any previous requests for these materials or followed up on his June 27, 2022 request, and/or whether Attorney McAlister had responded to his inquiries.

       Pursuant to this Court's standard practice, shortly after receiving the request, the Court ensured that the request was brought to the attention of Attorney McAllister. Since then, the

1

Court has been informed by email that defense counsel and the Government have been in communication about the matter but that there have been delays due to staff turnover and confusion over whether materials in this case are subject to a protective order, among other things.[1] In the interest of having a complete record on this subject, within fourteen days of the date of this order, Mr. McAllister and the Government are directed to cooperate in the submission of a brief joint status report regarding the disposition of Defendant's request.

IT IS SO ORDERED.

Dated: __November 16, 2022__                           /s/ Jennifer L. Thurston
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that it is aware that on October 28, 2022, Defendant filed a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, which contains an ineffective assistance of counsel claim premised upon trial counsel's alleged failure to challenge a wiretap. (Doc. 384 at 26–33.) The Court recently issued a scheduling order regarding that motion. (Doc. 387.) It remains unclear whether any discovery documents sought by Defendant are relevant to that motion.

2